UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN LAMONT WINN,

         Petitioner,                No. C 08-3644 PJH (PR)

  v.                                **ORDER OF TRANSFER**

CALIFORNIA DEPARTMENT OF CORRECTIONS,

         Respondent.

      This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Solano County. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at North Kern State Prison, which also is in the Eastern District.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); in this case, both are the Eastern District. This case therefore is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). Because of the transfer, the court ahs not ruled upon petitioner's motion for leave to proceed in forma pauperis.

      **IT IS SO ORDERED.**

Dated: August 8, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.08\WINN3655.TRN.wpd