IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LAMONT WINN,

    Petitioner,               No. 2:08-cv-1865-JAM JFM (HC)

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Respondents.           ORDER

_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 15, 2008, petitioner filed an amended petition pursuant to the court's August 29, 2008 order.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

1

1     2.  Petitioner's traverse, if any, is due on or before thirty days from the date
2  respondents' answer is filed; and
3     3.  The Clerk of the Court shall serve a copy of this order together with a copy of
4  petitioner's amended application for writ of habeas corpus and an Order Re Consent or Request
5  for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.
6  DATED:  September 19, 2008.

                                             UNITED STATES MAGISTRATE JUDGE

10 /001; winn1865.100